UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00042

**United States of America**

v.

**Jaqualyn Keeyun Randall**

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on April 13, 2021. Doc. 59. Thereafter, Judge Love issued a report and recommendation as to the disposition of this matter. Doc. 66. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 64.

Having reviewed the report, and being satisfied that it contains no clear error, the court **accepts** it as the opinion of the court. The court **orders** that defendant Jaqualyn Keeyun Randall be sentenced to a period of 4 months' imprisonment with 18 months of supervised release to follow. The court further **recommends** that defendant serve his sentence at FCI Texarkana, if available.

*So ordered by the court on April 21, 2021.*

J. CAMPBELL BARKER
United States District Judge