UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00042

**United States of America**

v.

**Jaqualyn Keeyun Randall**

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on May 25, 2023, and issued a report and recommendation as to the disposition of this matter. Doc. 82. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Docs. 81.

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts the report and recommendation of the United States Magistrate Judge. Defendant's supervised release is revoked, and the court orders that defendant Jaqualyn Keeyun Randall be sentenced to imprisonment for 10 months with no further supervised release to follow to run consecutively to the term of imprisonment imposed in 6:22-cr-00012. The court recommends that the defendant receive credit for time served from January 25, 2022, and that the place of confinement be FCI Seagoville, Texas.

*So ordered by the court on June 2, 2023.*

J. CAMPBELL BARKER
United States District Judge